IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RENMATIX, INC., | § | |
| | § | No. 164, 2025 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2024-0132 |
| UPM-KYMMENE, OYJ, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: October 29, 2025
Decided: November 4, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## ORDER

This 4th day of November, 2025, after consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its February 24, 2025 Order Addressing Cross Motions for Summary Judgment and its March 20, 2025 Order and Confirmatory Judgment.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice